

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2020

No. 04-19-00626-CR

Vance Lee **MASTERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B1989
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on January 6, 2020. Appellant's first motion requesting an extension of time to file the brief was granted, extending the deadline for filing the brief to February 5, 2020. The brief has not been filed. Appellant's attorney is ORDERED to respond to this court in writing within seven days of the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's attorney fails to file an adequate response within seven days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court